■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL ALMONTE, Appellant. [995 NYS2d 511]——

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Riviezzo, J.), rendered August 1, 2013, convicting him of attempted assault in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Under the circumstances of this case, including, inter alia, the serious nature of the instant crime, the Supreme Court did not improvidently exercise its discretion in denying the defendant youthful offender treatment (*see* CPL 720.20 [1]; *People v Booker*, 111 AD3d 759, 759-760 [2013]; *People v Green*, 110 AD3d 825, 826 [2013]; *People v Williams*, 110 AD3d 746, 747

[2013]; *see also People v Rudolph*, 21 NY3d 497 [2013]), and we decline to disturb that determination (*see People v Mullings*, 83 AD3d 871, 872 [2011]). Rivera, J.P., Leventhal, Hinds-Radix and Barros, JJ., concur.